KAREN L. LOEFFLER
United States Attorney

ERIN W. BRADLEY
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-3983
Fax: (907) 271-1500
Email: erin.bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) ) ) | COUNT 1: FELON IN POSSESSION OF FIREARM |
| vs. | ) ) ) | Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| TRISTAN JAMAL GRANT, | ) ) ) | |
| Defendant. | ) ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about November 1, 2011, within the District of Alaska, defendant TRISTAN JAMAL GRANT, having been convicted of the following crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting

interstate and foreign commerce, a firearm, to wit:

One Heckler and Koch, Model USP40 compact, .40 caliber pistol, serial number 26-035062.

## Prior Conviction

| Conviction Date | Case No. | Offense | Court |
| --- | --- | --- | --- |
| 8/8/2011 | 3AN-11-7467 CR | Misconduct Involving a Controlled Substance in the Fourth Degree | Superior Court for the State of Alaska, Third Judicial District |

All of which is in violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

    s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Erin E. Bradley
ERIN W. BRADLEY
Special Assistant U.S. Attorney

s/ Frank V. Russo for:
KAREN L. LOEFFLER
United States Attorney

DATE: 7/17/12